## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6442                                          Purchased/Filed: July 16, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

| | |
|---|---|
| *Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds* | Plaintiff |
| against | |
| *Mid Town Industries Inc.* | Defendant |

STATE OF NEW YORK      SS.:
COUNTY OF ALBANY

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 25, 2007 _____, at _2:00 pm_, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____ Mid Town Industries Inc. _____, the

Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service

was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: _43_    Approx. Wt: _118_    Approx. Ht: _5'_

Color of skin: _White_    Hair color: _Brown_    Sex: _F_    Other: _____

Sworn to before me on this

_28th_ day of _____ July, 2007 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4696570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice-Work Order # SP0706228

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*