UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TRUSTEES of the DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE and
ANNUITY FUNDS,

                        Plaintiff(s),

      -against-

MID TOWN INDUSTRIES, INC.,

                        Defendant(s).
--------------------------------------------------------X

**SCHEDULING ORDER**

07 Cv. 6442 (CLB) (LMS)

Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 25, 2007 at 10:30 A.M.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                  *Charles L. Brieant*
                                                _____
                                                Charles L. Brieant, U.S.D.J.