UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND                Index No.: 07-CIV-6442 (CLB)
ANNUITY FUNDS,

       Plaintiffs,   **VOLUNTARY NOTICE**
               **OF DISMISSAL**
 -against-          & order


MID TOWN INDUSTRIES INC.,

       Defendant.
-----------------------------------------------------------------x

  Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.


Dated: September 17, 2007
   Elmsford, New York

                 *Dana L. Henke*
                 Dana L. Henke, Esq. (DLH3025)
                 Attorney for Plaintiff
                 258 Saw Mill River Road
                 Elmsford, New York 10523
SO ORDERED September 24, 2007   (914) 592-1515

*Charles Brieant*
~~Honorable Stephen C. Robinson, U.S.D.J.~~

  Hon. Charles L. Brieant
  United States District Judge
  300 Quarropas Street
  White Plains, New York 10601-4150